AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WANDA J. TANN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | CASE NO. 2:14-CV-19-D |
| ) | |
| Defendant. ) | |

**Decision by the Court.**

     IT IS ORDERED AND ADJUDGED in accordance with the court's order entered on November 12, 2014, that the Court reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings with respect to plaintiff's claim of disability.

     THE ABOVE JUDGMENT WAS ENTERED TODAY, **November 12, 2014**, AND A COPY MAILED TO:

Michael B. Sosna (via CM/ECF Notice of Electronic Filing)
Aparna V. Srinivasan (via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| November 12, 2014 | JULIE A. RICHARDS, Clerk |
| Date | *Eastern District of North Carolina* |
| | |
| | /s/ Susan W. Tripp |
| *New Bern, North Carolina* | *(By) Deputy Clerk* |